IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 4:21-CR-00032-CDL-MSH |
| | : |
| CONSTANTINE VARSAMAS VARAZO, II, | : |
| ROBERT LOUIS PERKINS, and | : |
| TAYLOR F. PERKINS, | : |
| | : |
| Defendants. | : |
| | : |

## ORDER TO UNSEAL

The Court having read the Motion to Unseal in this matter, and it appearing to the Court that Case No. 4:21-CR-32, and all documents filed therein, should be unsealed,

IT IS ORDERED that Case No. 4:21-CR-32, be unsealed. SO ORDERED,

this 2nd day of September, 2021.

                                              s/ Stephen Hyles
                                              STEPHEN HYLES
                                              UNITED STATES MAGISTRATE JUDGE
                                              MIDDLE DISTRICT OF GEORGIA

Presented by:

*/s/ C. Shanelle Booker*
C. SHANELLE BOOKER
ASSISTANT UNITED STATES ATTORNEY