# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CONSTANTINE VARSAMAS VARAZO, II,<br>ROBERT LOUIS PERKINS and<br>TAYLOR F. PERKINS | CASE NO.: 4:21-CR-00032-CDL-MSH-All |

## ORDER ON DEFENDANTS UNOPPOSED MOTION FOR CONTINUANCE

Two of the Defendants have moved the Court to continue the pre-trial conference of this case, presently scheduled for October 13, 2021 and to continue the trial until the Court's March 2022 trial term. It appears that the third Defendant has not yet been arraigned. The Government does not oppose the motion to continue. The Court finds that additional time is needed because counsel just received discovery and needs time for discovery review, research and investigation and to meet with their clients. The Court further finds that it is in the interests of justice to grant a continuance to allow the parties to complete a thorough investigation and to explore possible plea negotiations. These interests outweigh the interest of the Defendants and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, the pending motions for continuance [Doc. 26 & 27] are **GRANTED**, and it is hereby ordered that this case shall be continued until the **March 2022 trial term**. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 1st day of October 2021.

S/Clay D. Land
HONORABLE CLAY D. LAND
UNITED STATES DISTRICT JUDGE