IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT LOUIS PERKINS, ET AL. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) )     4:21-CR-00032-CDL-MSH-ALL |

### ORDER

Defendants Constantine Varsamas Varazo, II, Robert Louis Perkins and Taylor F Perkins have moved the Court jointly, to continue the pre-trial conference and trial in this case. The pretrial conference is presently scheduled for February 1, 2022. The parties request that the trial be continued to the Court's September 2022 jury trial term. The Government does not oppose this motion. Having read and considered the Unopposed Motion to Continue Trial, the Court finds that the ends of justice served by granting the motion outweigh the Defendant's and public's interest in a speedier trial. Accordingly, the Court hereby GRANTS the Unopposed Motion. The period of continuance shall not be counted for Speedy Trial Act purposes.

SO ORDERED, this 19th day of January, 2022.

S/Clay D. Land