IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CONSTANTINE VARSAMAS VARAZO, II, | : | |
| | : | |
| Petitioner, | : | Criminal Case No. |
| | : | 4:21-cr-32 (CDL) |
| v. | : | |
| | : | 28 U.S.C. § 2255 Case No. |
| UNITED STATES OF AMERICA, | : | 4:25-cv-325 (CDL) |
| | : | |
| Respondent. | : | |

**ORDER**

Petitioner's Motion to Vacate, Set Aside, or Correct his Sentence pursuant to 28 U.S.C. § 2255 is before this Court for preliminary consideration as required by Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts. (Doc. 180). Petitioner also filed a Motion for Extension of Time to file his brief in support of his Motion to Vacate. (Doc. 181). After preliminary examination of Petitioner's Motion to Vacate, it does not appear that the Motion is subject to summary dismissal under Rule 4. Further, Petitioner's Motion for Extension of Time (Doc. 181) is **GRANTED**.

Petitioner shall have until December 6, 2025 to file his brief in support of his Motion to Vacate and to further amend his Motion to Vacate to include every unalleged possible constitutional error or deprivation entitling him to relief, failing which Petitioner will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial Motion to Vacate. If amended, Petitioner will be presumed to have deliberately waived his right to complain of any constitutional errors or deprivations other than those set forth in his initial and amended Motion to Vacate.

Accordingly, the United States Attorney is ordered to file an Answer or other responsive pleadings pursuant to Rule 5 of the Rules Governing Section 2255 Proceedings, addressing Petitioner's claims within sixty (60) days of the earlier of either December 6, 2025, or the date on which Petitioner files his brief and/or amended Motion to Vacate. Thereafter, Petitioner may file any desired reply within fourteen (14) days. Petitioner is advised that his failure to keep the Clerk of Court informed of any change of address may result in the dismissal of this action.

**SO ORDERED**, this 15th day of October, 2025.

s/ **ALFREDA L. SheppARD**
UNITED STATES MAGISTRATE JUDGE